# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail Parcel 9505 5066 3136 0178 4618 62<br>addressed to "WILLIAM TAMBLIN P.O. Box 1234<br>Petersburg, AK 99833" | ) )<br>) )<br>) ) Case No. 01:20-MJ-00047-MMS<br>) )<br>) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Alaska
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Parcel 9505 5066 3136 0178 4618 62 addressed to "WILLIAM TAMBLIN P.O. Box 1234 Petersburg, AK 99833" currently in the possession of the US Postal Inspection Service.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, namely LSD, MDMA, cocaine and/or marijuana, methamphetamine, heroin, prescription drugs, and associated packing material.

**YOU ARE COMMANDED** to execute this warrant on or before July 20, 2020 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: July 17, 2020 / 1330          _____
                                                     *Judge*

City and state: Anchorage, Alaska        Matthew M. Scoble, U.S. Magistrate Judge
                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>01:20-MJ-00047-MMS | Date and time warrant executed:<br>07/17/2020 1:54 pm | Copy of warrant and inventory left with:<br>USPS Juneau, AK |

Inventory made in the presence of :
Inspector Adam Savoie and Alaska State Trooper Scott Carson

Inventory of the property taken and name of any person(s) seized:

Approximately 23.37 gross grams of a hard tacky brown/black substance field tested positive for heroin. Also parcel and Internal wrappings.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 28, 2020

*Executing officer's signature*

Adam Savoie U.S. Postal Inspector
*Printed name and title*

Sworn to telephonically, subscribed to and returned electronically, before me this date.

July 28, 2020
Date

MATTHEW M. SCOBLE
U.S. Magistrate Judge

Case 1:20-mj-00047-MMS   Document 3   Filed 07/28/20   Page 2 of 2